IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| David A. Thompson, ) | Case No. 21-20216 GLT |
| *Debtor* ) | Chapter 13 |
| ) | Related to Document No. 40 |
| David A. Thompson, ) | |
| Social Security No. XXX-XX-1207 ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| Trio Trucking, Inc. ) | |
| and Ronda J. Winnecour, Trustee, ) | |
| *Respondent(s)* ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on August 31, 2021, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

David A. Thompson
6242 St. Marie Street
Pittsburgh, PA 15206

Trio Trucking
Attn: Payroll Dept.
318 Scott Ave.
Glenshaw, PA 15116-1651

**Served by ECF: Ronda J. Winnecour, Trustee**

Date of Service: August 31, 2021        /s/ Kenneth Steidl
                                                         Kenneth Steidl, Esquire
                                                         STEIDL & STEINBERG
                                                         28th Floor, Gulf Tower
                                                         707 Grant Street
                                                         Pittsburgh, PA 15219
                                                         (412) 391-8000
                                                         PA I.D. 34965