Form 151

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**David A. Thompson**
   Debtor(s)

Bankruptcy Case No.: 21–20216–GLT
Related Dkt. NO. 37
Chapter: 13
Docket No.: 39 – 37
Concil. Conf.: October 14, 2021 at 09:00 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the __7th__ day of __September__, __2021__, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

    U.S. First Class Mail

on the respondent(s) at (list names and addresses here):

    All parties listed on the attached mailing matrix.

Executed on __September 7, 2021__      __/s/ Kenneth Steidl__
           (Date)                                 (Signature)

Kenneth Steidl, 707 Grant Street, Suite 2830, Pittsburgh, pa 15219

(Type Name and Mailing Address of Person Who Made Service)

```
Label Matrix for local noticing          Carrington Mortgage Services           Carrington Mortgage Services
0315-2                                   15 Enterprise St                       Attn: Bankruptcy
Case 21-20216-GLT                        Aliso Viejo, CA 92656-2653             Po Box 3730
WESTERN DISTRICT OF PENNSYLVANIA                                                Anaheim, CA 92803-3730
Pittsburgh
Tue Sep  7 15:27:27 EDT 2021

City and School District of Pittsburgh   City of Pittsburgh & School District of Pitt   County of Allegheny
GRB Law                                  GRB Law                                GRB Law
437 Grant Street, 14th Floor             c/o Jeffrey R. Hunt, Esquire           437 Grant Street, 14th Floor
Frick Building                           437 Grant Street, 14th Floor           Frick Building
Pittsburgh, PA 15219-6101                Frick Building                         Pittsburgh, PA 15219-6101
                                         Pittsburgh PA 15219-6101

County of Allegheny                      Deutsche Bank                          Joshua I. Goldman
GRB Law                                  1600 South Douglass Road, Suite 200-A  Padgett Law Group
c/o Jeffrey R. Hunt, Esquire             Anaheim, CA 92806-5948                 6267 Old Water Oak Rd.
437 Grant Street, 14th Floor                                                    Suite 203
Frick Building                                                                  Tallahassee, FL 32312-3858
Pittsburgh PA 15219-6101

Jeffrey R. Hunt                          KML Law Group                          Maria Miksich
Goehring, Rutter & Boehm                 BNY Mellon Independence Center         KML Law Group, P.C.
437 Grant Street                         701 Market Street - Suite 5000         701 Market Street
14th Floor                               New York, NY 10106                     Suite 5000
Pittsburgh, PA 15219-6107                                                       Philadelphia, PA 19106-1541

Office of the United States Trustee      PWSA                                   Pennsylvania Department of Revenue
Liberty Center.                          GRB Law                                Bankruptcy Division
1001 Liberty Avenue, Suite 970           437 Grant Street 14th Floor            P.O. Box 280946
Pittsburgh, PA 15222-3721                Frick Building                         Harrisburg, PA 17128-0946
                                         Pittsburgh, PA 15219-6101

Pennsylvania Dept. of Revenue            Pittsburgh Water and Sewer Authority   Kenneth Steidl
Department 280946                        GRB Law                                Steidl & Steinberg
P.O. Box 280946                          c/o Jeffrey R. Hunt, Esquire           Suite 2830 Gulf Tower
ATTN: BANKRUPTCY DIVISION                437 Grant Street, 14th Floor           707 Grant Street
Harrisburg, PA 17128-0946                Frick Building                         Pittsburgh, PA 15219-1908
                                         Pittsburgh PA 15219-6101

David A. Thompson                        UPMC Health Services                   UPMC Physician Services
6242 St. Marie Street                    PO Box 1123                            PO Box 1123
Pittsburgh, PA 15206-2264                Minneapolis, MN 55440-1123             Minneapolis, MN 55440-1123


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Deutsche Bank National Trust Company, as T   End of Label Matrix
                                                Mailable recipients    21
                                                Bypassed recipients     1
                                                Total                  22
```