FILED
11/16/21 9:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| David A. Thompson, | ) | Case No. 21-20216 GLT |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Document No.  58 |
| | ) | |
| David A. Thompson, | ) | |
| | ) | |
| Social Security No. XXX-XX-1207 | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Trio Trucking, Inc.. and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| | ) | |
| Respondents | ) | |

## AMENDED
## ORDER TO PAY TRUSTEE

The above-named debtor having filed a Chapter 13 petition

IT IS THEREFORE, ORDERED that until further order of this Court, the entity from
whom the debtor receives income:

**Trio Trucking**
**Attn: Payroll Department**
**318 Scott Ave.**
**Glenshaw, Pa 15116-1651**

deduct from said income the sum of **$232.00 from each weekly paycheck** beginning on the next
pay day following receipt of this order and deduct a similar amount each pay period thereafter,
including any period for which the debtor receives a periodic or lump sum payment as a result of
vacation, termination or other benefits arising out of present or past employment, or from any
other benefits payable to the debtor and to remit the deductible sums ON AT LEAST A
MONTHLY BASIS to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago IL  60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF SAID DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the subject entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to the Court.

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

Dated: 11/16/21

_____

Honorable Gregory L. Taddonio          hct
U. S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                      Case No. 21-20216-GLT

David A. Thompson                                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: lfin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 16, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2021:**

**Recip ID**              **Recipient Name and Address**
db              +  David A. Thompson, 6242 St. Marie Street, Pittsburgh, PA 15206-2264

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2021              Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2021 at the address(es) listed below:**

**Name**              **Email Address**

Jeffrey R. Hunt

    on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com

Jeffrey R. Hunt

    on behalf of Creditor PWSA jhunt@grblaw.com

Jeffrey R. Hunt

    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Joshua I. Goldman

    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for New Century Home Equity Loan Trust, Series 2003-2 Asset Backed Pass-Through Certificates josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

Kenneth Steidl

    on behalf of Debtor David A. Thompson julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Maria Miksich

on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for New Century Home Equity Loan Trust, Series
2003-2 Asset Backed Pass-Through Certificates mmiksich@kmllawgroup.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com


TOTAL: 9