**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
DAVID A. THOMPSON                                          Case No. 21-20216GLT

                    Debtor(s)
RONDA J. WINNECOUR,                                         Chapter 13
Standing Chapter 13 Trustee,

                    Movant                                  Document No __
           vs.
DEUTSCHE BANK NTC - TRUSTEE ET AL

            Respondents

## NOTICE OF FUNDS ON RESERVE

   The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

   The creditor has returned a check from the Trustee.  No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.


DEUTSCHE BANK NTC - TRUSTEE ET AL                Court claim# 1/Trustee CID# 4
C/O CARRINGTON MORTGAGE SERVICES LLC
PO BOX 3730
ANAHEIM, CA 92806


The Movant further certifies that on 08/18/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                                 /s/ Ronda J. Winnecour
                                                 RONDA J WINNECOUR PA ID #30399
                                                 CHAPTER 13 TRUSTEE WD PA
                                                 600 GRANT STREET
cc:  debtor(s)                                   SUITE 3250 US STEEL TWR
     original creditor                           PITTSBURGH, PA  15219
     putative creditor                           (412) 471-5566
     counsel for debtor(s)                       cmecf@chapter13trusteewdpa.com
     counsel for the creditor(s) (if known)

| | |
|---|---|
| DEBTOR(S):<br>DAVID A. THOMPSON, 6242 ST. MARIE STREET, PITTSBURGH, PA  15206 | DEBTOR'S COUNSEL:<br>KENNETH STEIDL ESQ, STEIDL & STEINBERG, 707 GRANT ST STE 2830, PITTSBURGH, PA  15219 |
| ORIGINAL CREDITOR'S COUNSEL:<br>KML LAW GROUP PC*, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106 | :<br>CARRINGTON MORTGAGE SERVICES LLC BANKRUPTCY DEPARTMENT, 1600 SOUTH DOUGLASS RD, ANAHEIM, CA  92806 |
| ORIGINAL CREDITOR:<br>DEUTSCHE BANK NTC - TRUSTEE ET AL, C/O CARRINGTON MORTGAGE SERVICES LLC, PO BOX 3730, ANAHEIM, CA  92806 | |
| NEW CREDITOR: | |