**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| DAVID A. THOMPSON | Case No. 21-20216GLT |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| DEUTSCHE BANK NTC - TRUSTEE ET AL | |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

FUND WERE RETURNED BY BANK OF AMERICAN SAYING PAYMENT NOT PAYABLE TO THEM.

| | |
|---|---|
| DEUTSCHE BANK NTC - TRUSTEE ET AL<br>C/O CARRINGTON MORTGAGE SERVICES LLC<br>PO BOX 3730<br>ANAHEIM, CA 92806 | Court claim# 1/Trustee CID# 2 |

The Movant further certifies that on 08/18/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
DAVID A. THOMPSON, 6242 ST. MARIE STREET, PITTSBURGH, PA  15206

DEBTOR'S COUNSEL:
KENNETH STEIDL ESQ, STEIDL & STEINBERG, 707 GRANT ST STE 2830, PITTSBURGH, PA  15219

ORIGINAL CREDITOR'S COUNSEL:
KML LAW GROUP PC*, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106

:
CARRINGTON MORTGAGE SERVICES LLC BANKRUPTCY DEPARTMENT, 1600 SOUTH DOUGLASS RD, ANAHEIM, CA  92806

ORIGINAL CREDITOR:
DEUTSCHE BANK NTC - TRUSTEE ET AL, C/O CARRINGTON MORTGAGE SERVICES LLC, PO BOX 3730, ANAHEIM, CA  92806

NEW CREDITOR:
BANK OF AMERICA
CORRESPONDENCE UNIT
4500 AMON CARTER BLVD
FORT WORTH TX 6155