# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

04/12/2024

IN RE:

DAVID A. THOMPSON
6242 ST. MARIE STREET
PITTSBURGH, PA 15206
XXX-XX-1207 Debtor(s)

Case No.21-20216 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/12/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

**PADGETT LAW GROUP** Trustee Claim Number:1 INT %: 0.00% CRED DESC: NOTICE ONLY
6267 OLD WATER OAK RD STE 203 Court Claim Number: ACCOUNT NO.:

CLAIM: 0.00
TALLAHASSEE, FL 32312 COMMENT: DEUTSCHE BANK/PRAE

---

**DEUTSCHE BANK NTC - TRUSTEE ET AL** Trustee Claim Number:2 INT %: 0.00% CRED DESC: MORTGAGE REGULAR PAYMEN
C/O CARRINGTON MORTGAGE SERVICES LLC Court Claim Number:1 ACCOUNT NO.: 0558
PO BOX 3730
CLAIM: 0.00
ANAHEIM, CA 92806 COMMENT: PMT/DECL-OE*DKT4LMT*BGN 3/21*DK

---

**KML LAW GROUP PC*** Trustee Claim Number:3 INT %: 0.00% CRED DESC: NOTICE ONLY
701 MARKET ST STE 5000 Court Claim Number: ACCOUNT NO.:

CLAIM: 0.00
PHILADELPHIA, PA 19106 COMMENT:

---

**DEUTSCHE BANK NTC - TRUSTEE ET AL** Trustee Claim Number:4 INT %: 0.00% CRED DESC: MORTGAGE ARR.
C/O CARRINGTON MORTGAGE SERVICES LLC Court Claim Number:1 ACCOUNT NO.: 0558
PO BOX 3730
CLAIM: 6,874.13
ANAHEIM, CA 92806 COMMENT: $/CL-PL*THRU 2/21

---

**UPMC HEALTH SERVICES** Trustee Claim Number:5 INT %: 0.00% CRED DESC: UNSECURED CREDITOR
C/O DCM SERVICES/BANKRUPTCY Court Claim Number:2 ACCOUNT NO.: 1207
PO BOX 1123
CLAIM: 543.33
MINNEAPOLIS, MN 55440 COMMENT: NT/SCH*UPMC PRESBY

---

**UPMC PHYSICIAN SERVICES** Trustee Claim Number:6 INT %: 0.00% CRED DESC: UNSECURED CREDITOR
C/O DCM SERVICES/BANKRUPTCY Court Claim Number:3 ACCOUNT NO.: 1207
PO BOX 1123
CLAIM: 715.99
MINNEAPOLIS, MN 55440 COMMENT: NT/SCH

---

**COUNTY OF ALLEGHENY (RE TAX)*** Trustee Claim Number:7 INT %: 12.00% CRED DESC: SECURED CREDITOR
C/O JORDAN TAX SVC-CUR/DLNQ CLCTR Court Claim Number:4 ACCOUNT NO.: H103
POB 200
CLAIM: 742.82
BETHEL PARK, PA 15102 COMMENT: 83-H-103;19-21*$CL-PL@12%/CL-PL*WNTS 12%*W/8*NTC-RSV

---

**COUNTY OF ALLEGHENY (RE TAX)*** Trustee Claim Number:8 INT %: 0.00% CRED DESC: SECURED CREDITOR
C/O JORDAN TAX SVC-CUR/DLNQ CLCTR Court Claim Number:4 ACCOUNT NO.: H103
POB 200
CLAIM: 273.89
BETHEL PARK, PA 15102 COMMENT: 83-H-103;19-21*NON%*$CL-PL*W/7*NTC-RSV

---

**CITY & SCHOOL DIST OF PITTSBURGH (RE)*** Trustee Claim Number:9 INT %: 10.00% CRED DESC: SECURED CREDITOR
C/O JORDAN TAX SVC Court Claim Number:5 ACCOUNT NO.: H103
102 RAHWAY RD
CLAIM: 1,732.65
MCMURRAY, PA 15317 COMMENT: 83-H-103;19,20*$CL-PL@10%/CL-PL*WNTS 10%*W/10*PIF/CR*NTC-RSV

---

**CITY & SCHOOL DIST OF PITTSBURGH (RE)*** Trustee Claim Number:10 INT %: 0.00% CRED DESC: SECURED CREDITOR
C/O JORDAN TAX SVC Court Claim Number:5 ACCOUNT NO.: H103
102 RAHWAY RD
CLAIM: 173.25
MCMURRAY, PA 15317 COMMENT: 83-H-103;19,20*NON%*$CL-PL*W/9*PIF/CR*NTC-RSV


**CLAIM RECORDS**

| | | |
|---|---|---|
| **CITY AND SCHOOL DISTRICT OF PITTSBURGH (** | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O JORDAN TAX SERVICE INC - DLNQ YRS | Court Claim Number:6 | ACCOUNT NO.: 1207 |
| 102 RAHWAY RD | | |
| | CLAIM: 264.00 | |
| MCMURRAY, PA 15317 | COMMENT: 1207;17*NT/SCH | |

| | | |
|---|---|---|
| **PITTSBURGH WATER & SEWER AUTHORITY(*)** | Trustee Claim Number:12 INT %: 10.00% | CRED DESC: SECURED CREDITOR |
| C/O GRB LAW | Court Claim Number:7 | ACCOUNT NO.: H103 |
| 525 WILLIAM PENN PLACE STE 3110 | | |
| | CLAIM: 83.50 | |
| PITTSBURGH, PA 15219 | COMMENT: 83-H-103;THRU 2/2/21*$CL-PL@10%/CL-PL*WNTS 10% | |

| | | |
|---|---|---|
| **KML LAW GROUP PC*** | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | | |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA 19106 | COMMENT: DEUTSCHE BANK/PRAE | |

| | | |
|---|---|---|
| **DEUTSCHE BANK NTC - TRUSTEE ET AL** | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: POST PETITION FEE NOTICE |
| C/O CARRINGTON MORTGAGE SERVICES LLC | Court Claim Number:1 | ACCOUNT NO.: 0558 |
| PO BOX 3730 | | |
| | CLAIM: 2,646.43 | |
| ANAHEIM, CA 92806 | COMMENT: PAY/STIP*NT/PL*COUNTY TAXES 5/21/21*DK | |

| | | |
|---|---|---|
| **GRB LAW**** | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| C/O JEFFREY R HUNT ESQ - FOR PNG CO | Court Claim Number: | ACCOUNT NO.: |
| 525 WILLIAM PENN PLACE STE 3110 | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219 | COMMENT: PEOPLES/PRAE | |

| | | |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC*** | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number: | ACCOUNT NO.: 5316 |
| 375 NORTH SHORE DR | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15212 | COMMENT: PMT/OE-CONF*BGN 12/21 DIST | |

| | | |
|---|---|---|
| **DEUTSCHE BANK NTC - TRUSTEE ET AL** | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: POST PETITION FEE NOTICE |
| C/O CARRINGTON MORTGAGE SERVICES LLC | Court Claim Number:1 | ACCOUNT NO.: 0558 |
| PO BOX 3730 | | |
| | CLAIM: 2,884.07 | |
| ANAHEIM, CA 92806 | COMMENT: NT/PL*DELINQUENT TAXES 10/23/23*DK | |