FILED
3/11/26 3:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 21-20216-GLT |
| | : | Chapter: | 13 |
| David A. Thompson | : | | |
| | : | | |
| | : | Date: | 3/11/2026 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**     # 91 Motion to Dismiss Case filed by the ch.13 trustee
          # 93 - Response filed by the Debtor

**APPEARANCES** :

          Debtor: Abagale Steidl
          Trustee: Owen Katz

[9:47]
**NOTES:**

Katz: We did record the $1,490 payment in February. That's the last payment posted. We need $5,800, and that's with March 26, 2026 long term continuing debt takeover.

Court: Is the Debtor prepared to take that over?

Steidl: Yes. We request 90 days for the wage attachment. I believe the intention is a wage attachment amendment to $1,930 or so.

Court: Any opposition to continuing this 90 days?

Katz: No. If she does it by amended wage attachment, it may need to be over $2,000 to make sure it's completed within a 90 day period.

**OUTCOME:**

     1. For the reasons stated on the record at the March 11, 2026 hearing, the hearing on the trustee's *Motion to Dismiss Case* [Dkt. No. 91] is **CONTINUED** to June 3, 2026 at 9 a.m. To the extent the Debtor seeks to satisfy the plan base solely by wage attachment, the Debtor shall immediately amend the attachment to $2,000 per month. [Text Order]

**DATED:** 3/11/2026