FILED
6/3/26 1:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 21-20216-GLT |
| | : | Chapter: | 13 |
| David A. Thompson | : | | |
| | : | | |
| | : | Date: | 6/3/2026 |
| *Debtor(s).* | : | Time: | 09:00 |

## PROCEEDING MEMO

**MATTER:**    # 91 Continued Motion to Dismiss Case filed by the chapter 13 trustee
# 93 - Response filed by the Debtor

**APPEARANCES** :

Debtor: Abagale Steidl
Trustee: Dennis Sloan

[9:17]
**NOTES:**

Sloan: The wage attachment was never amended. We still need $2,285 to complete including an interest buffer since these are real estate tax claims with interest.

Steidl: The Debtor doesn't make enough money to have a $2,000 wage attachment. This Debtor is trying.

Court: If there were two more wage attachments, that seems to be a buffer of $99. Would that be enough to cover the interest accrual?

Sloan: Interest would be minimal. The Debtor has paid in around $70,000 to this plan. I don't oppose additional time.

Court: Why are Deutsch Bank funds on reserve? Is there an assignment issue?

Steidl: I can see that there hasn't been a distribution on that particular debt since January of this year. I can also see that City of Pittsburgh is on reserve, County of Allegheny is on reserve.

Sloan: Without having access I can't tell what the issue is there.

**OUTCOME:**

1. For the reasons stated on the record at the June 3, 2026 hearing, the hearing on the *Motion to Dismiss Case* [Dkt. No. 91] is **CONTINUED** to August 19, 2026 at 9 a.m. On or before June 26, 2026, the Debtor and trustee shall submit a status report detailing why the trustee currently has funds on reserve. [Text Order]

**DATED:** 6/3/2026