IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
David A. Thompson                          :        Case No. 21-20216-GLT
                                           :
          Debtor(s)                        :        Chapter 13
                                           :
Ronda J. Winnecour, Chapter 13             :
Trustee                                    :
          Movant(s)                        :        Related to Documents 91, 93, & 98
                                           :
          vs.                              :        Hearing:
David A. Thompson                          :
                                           :
          Respondent(s)                    :

TRUSTEE'S STATUS REPORT REGARDING FUNDS ON RESERVE

1.      Per the Text Order entered at Doc. No. 98 following the continued hearing on Trustee's Motion to Dismiss held on June 3, 2026, the Trustee was required to submit a status report detailing why the Trustee was holding funds on reserve.

2.      At the time of the hearing, the Trustee was holding funds on reserve related to the claims of The County of Allegheny, The City & School District of Pittsburgh and Deutsche Bank.

3.      Funds were placed on reserve for Deutsche Bank for payment of fees pursuant to a Post Petition Fee Notice, pending the expiration of the objection period. As the objection period has passed, this reserve will be removed and the claim paid.

4.      Funds were placed on reserve for The County of Allegheny and The City & School District of Pittsburgh when the Trustee received refunds from the creditors, together with notices that the debts were paid in full, yet the claims were not withdrawn or amended and no satisfactions of the claims were filed.

5.      The reserves related to The County of Allegheny and The City & School District of Pittsburgh have been removed, the records for these creditors have been closed off and the funds applied to general plan funding.

6.      As a result, the Trustee has sufficient funds on hand for the plan to complete and will withdraw the Trustee's Motion to Dismiss.

7.      Debtor's counsel has been notified that there are sufficient funds on hand for the plan to complete, that the Trustee will withdraw her Motion to Dismiss and that the Trustee consents to a termination of the wage attachment.

Respectfully submitted,

RONDA J. WINNECOUR,
CHAPTER 13 TRUSTEE

Date: June 4, 2026

By: /s/ Dennis M. Sloan
Dennis M. Sloan, PA I.D. 83784
Attorney for Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
Email: dsloan@chapter13trusteewdpa.com