**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
  DAVID A. THOMPSON

          Debtor(s)
  Ronda J. Winnecour, Trustee
    Movant
      vs.
  DAVID A. THOMPSON

          Respondents

Case No.21-20216GLT

Chapter 13

Document No. ___101_____

FILED
6/10/26 1:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

---

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ____10th_____ day of ___June___ , 20 26 it is hereby ORDERED, ADJUDGED, and DECREED that,

Trio Trucking Inc
Attn: Payroll Manager
318 Scott Ave
Glenshaw,PA 15116

is hereby ordered to immediately terminate the attachment of the wages of DAVID A. THOMPSON, social security

number XXX-XX-1207.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DAVID A.

THOMPSON.

BY THE COURT:

_____
  GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 21-20216-GLT

David A. Thompson                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                        User: auto                                    Page 1 of 2

Date Rcvd: Jun 10, 2026                     Form ID: pdf900                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2026:**

**Recip ID                   Recipient Name and Address**
db                    +  David A. Thompson, 6242 St. Marie Street, Pittsburgh, PA 15206-2264

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2026 at the address(es) listed below:**

**Name                        Email Address**

Jeffrey R. Hunt
                        on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
                        on behalf of Creditor PWSA jhunt@grblaw.com

Joshua I. Goldman
                        on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for New Century Home Equity Loan Trust, Series
                        2003-2 Asset Backed Pass-Through Certificates josh.goldman@padgettlawgroup.com,
                        bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

Kenneth Steidl
                        on behalf of Debtor David A. Thompson julie.steidl@steidl-steinberg.com
                        ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@st
                        eidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com

Keri P. Ebeck
                        on behalf of Creditor City and School District of Pittsburgh kebeck@metzlewis.com  btemple@metzlewis.com

District/off: 0315-2                    User: auto                                    Page 2 of 2

Date Rcvd: Jun 10, 2026                 Form ID: pdf900                               Total Noticed: 1

Matthew Fissel
  on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for New Century Home Equity Loan Trust, Series
  2003-2 Asset Backed Pass-Through Certificates bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

S. James Wallace
  on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com


TOTAL: 9