**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **DAVID A. THOMPSON** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** |
| | (State) |
| Case Number | **21-20216GLT** |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**   DEUTSCHE BANK NTC - INDENTURE TRUSTEE ET AL

**Court claim no.**  (if known):  1

**Last 4 digits** of any number you use to identify the debtor's account:     0   5   5   8

**Property Address:**

6242 ST MARIE STREET
Number        Street

PITTSBURGH                                                    PA      15206
City                                                               State    ZIP Code

| Part 2: | Statement of Completion |
|---|---|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
|---|---|

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $      6,874.13 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $      6,874.13 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $      -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $      6,874.13 |

| Part 4: | Postpetition Payment |
|---|---|

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:     $_____35,835.72_____

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on <u>February 2026</u>. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

 Amount of postpetition fees, expenses, and charges disbursed by the trustee:     $_____5,530.50_____

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---|---|

**Within 28 days after service of this notice , the holder of the claim must file a response using Official Form 410C13-NR .**

**✗**/s/ Ronda J. Winnecour
_____
Signature

Date   _____07/02/2026_____

Trustee   Ronda J. Winnecour
_____
First Name        Middle Name        Last Name

Address   CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
_____
Number        Street

PITTSBURGH                    PA      15219
_____
City                          State   ZIP Code

Contact phone   (412) 471-5566          Email  cmecf@chapter13trusteewdpa.com

| Debtor 1 | **THOMPSON** | | | Case Number **21-20216GLT** | | Page 1 |
|---|---|---|---|---|---|---|
| | Name | | | | | |

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 10/25/2022 | 1248738 | Amounts Disbursed To Creditor | 97.12 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 11/23/2022 | 1251521 | Amounts Disbursed To Creditor | 168.02 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 12/22/2022 | 1254287 | Amounts Disbursed To Creditor | 167.63 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 01/26/2023 | 1257007 | Amounts Disbursed To Creditor | 319.33 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 07/25/2023 | 1273799 | Amounts Disbursed To Creditor | 167.80 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 08/16/2023 | 0000000 | Creditor Refund/Principle | -167.80 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 04/25/2024 | 1297947 | Amounts Disbursed To Creditor | 2,324.71 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 05/29/2024 | 1300658 | Amounts Disbursed To Creditor | 174.53 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 06/25/2024 | 1303250 | Amounts Disbursed To Creditor | 360.70 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 07/25/2024 | 1305790 | Amounts Disbursed To Creditor | 173.21 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 08/26/2024 | 1308411 | Amounts Disbursed To Creditor | 172.50 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 09/25/2024 | 1310973 | Amounts Disbursed To Creditor | 356.23 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 10/25/2024 | 1313541 | Amounts Disbursed To Creditor | 170.90 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 11/25/2024 | 1316111 | Amounts Disbursed To Creditor | 169.99 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 12/23/2024 | 1318537 | Amounts Disbursed To Creditor | 350.62 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 01/28/2025 | 1320979 | Amounts Disbursed To Creditor | 167.92 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 02/25/2025 | 1323444 | Amounts Disbursed To Creditor | 345.78 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 03/26/2025 | 1325914 | Amounts Disbursed To Creditor | 165.22 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 04/25/2025 | 1328393 | Amounts Disbursed To Creditor | 163.53 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 05/23/2025 | 1330827 | Amounts Disbursed To Creditor | 161.64 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 06/25/2025 | 1333261 | Amounts Disbursed To Creditor | 330.76 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 07/25/2025 | 1335740 | Amounts Disbursed To Creditor | 156.05 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 08/26/2025 | 1338170 | Amounts Disbursed To Creditor | 151.47 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 09/25/2025 | 1340564 | Amounts Disbursed To Creditor | 226.27 |
| | | | | Total for Claim Number 1: | 6,874.13 |

**Total for Part 3 - b (Prepetition Arrears):** **6,874.13**

**Part 4 - a (Postpetition Payments)**

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 05/25/2021 | 1197312 | Amounts Disbursed To Creditor | 568.65 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 06/25/2021 | 1200478 | Amounts Disbursed To Creditor | 381.35 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 07/26/2021 | 1203691 | Amounts Disbursed To Creditor | 381.35 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 08/26/2021 | 1206796 | Amounts Disbursed To Creditor | 504.73 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 09/24/2021 | 1209942 | Amounts Disbursed To Creditor | 403.79 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 10/25/2021 | 1213034 | Amounts Disbursed To Creditor | 437.35 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 11/22/2021 | 1216069 | Amounts Disbursed To Creditor | 563.89 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 12/23/2021 | 1219135 | Amounts Disbursed To Creditor | 451.43 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 01/26/2022 | 1222212 | Amounts Disbursed To Creditor | 659.25 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 02/23/2022 | 1225137 | Amounts Disbursed To Creditor | 426.95 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 03/25/2022 | 1228038 | Amounts Disbursed To Creditor | 325.81 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 04/26/2022 | 1231077 | Amounts Disbursed To Creditor | 438.66 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 05/25/2022 | 1234114 | Amounts Disbursed To Creditor | 551.81 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 06/27/2022 | 1237138 | Amounts Disbursed To Creditor | 493.23 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 07/26/2022 | 1240113 | Amounts Disbursed To Creditor | 532.11 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 08/24/2022 | 1243034 | Amounts Disbursed To Creditor | 699.14 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 09/27/2022 | 1245884 | Amounts Disbursed To Creditor | 498.50 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 10/25/2022 | 1248738 | Amounts Disbursed To Creditor | 415.90 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 11/23/2022 | 1251521 | Amounts Disbursed To Creditor | 415.90 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 12/22/2022 | 1254287 | Amounts Disbursed To Creditor | 415.90 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 01/26/2023 | 1257007 | Amounts Disbursed To Creditor | 415.90 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 02/23/2023 | 1259680 | Amounts Disbursed To Creditor | 789.86 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 03/28/2023 | 1262421 | Amounts Disbursed To Creditor | 712.87 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 04/25/2023 | 1265231 | Amounts Disbursed To Creditor | 1,096.39 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 05/25/2023 | 1268073 | Amounts Disbursed To Creditor | 848.68 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 06/26/2023 | 1270962 | Amounts Disbursed To Creditor | 659.23 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 07/25/2023 | 1273799 | Amounts Disbursed To Creditor | 637.23 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 08/16/2023 | 0000000 | Continuing Debt Refund | -637.23 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 04/25/2024 | 1297947 | Amounts Disbursed To Creditor | 6,367.62 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 05/29/2024 | 1300658 | Amounts Disbursed To Creditor | 635.67 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 06/25/2024 | 1303250 | Amounts Disbursed To Creditor | 635.67 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 07/25/2024 | 1305790 | Amounts Disbursed To Creditor | 635.67 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 08/26/2024 | 1308411 | Amounts Disbursed To Creditor | 635.67 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 09/25/2024 | 1310973 | Amounts Disbursed To Creditor | 635.67 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 10/25/2024 | 1313541 | Amounts Disbursed To Creditor | 635.67 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 11/25/2024 | 1316111 | Amounts Disbursed To Creditor | 635.67 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 12/23/2024 | 1318537 | Amounts Disbursed To Creditor | 635.67 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 01/28/2025 | 1320979 | Amounts Disbursed To Creditor | 635.67 |

| Debtor 1 | **THOMPSON** | | | Case Number **21-20216GLT** | | Page 2 |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | | | | | |

# History Of Payments

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
| --- | --- | --- | --- | --- | --- |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 02/25/2025 | 1323444 | Amounts Disbursed To Creditor | 635.67 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 03/26/2025 | 1325914 | Amounts Disbursed To Creditor | 635.67 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 04/25/2025 | 1328393 | Amounts Disbursed To Creditor | 635.67 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 05/23/2025 | 1330827 | Amounts Disbursed To Creditor | 635.67 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 06/25/2025 | 1333261 | Amounts Disbursed To Creditor | 635.67 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 07/25/2025 | 1335740 | Amounts Disbursed To Creditor | 635.67 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 08/26/2025 | 1338170 | Amounts Disbursed To Creditor | 635.67 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 09/25/2025 | 1340564 | Amounts Disbursed To Creditor | 635.67 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 10/24/2025 | 1343050 | Amounts Disbursed To Creditor | 635.67 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 11/21/2025 | 1345343 | Amounts Disbursed To Creditor | 635.67 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 12/23/2025 | 1347680 | Amounts Disbursed To Creditor | 635.67 |
| 1 | DEUTSCHE BANK NTC - INDENTURE | 01/27/2026 | 1350062 | Amounts Disbursed To Creditor | 2,666.07 |
| | | | | Total for Claim Number 1: | 35,835.72 |

**Total for Part 4 - a (Postpetition Payments):**   **35,835.72**

### Part 5 (Postpetition Fees, Expenses, and Charges)

| Claim # | Name | Date | Check # | Posting Description | Amount |
| --- | --- | --- | --- | --- | --- |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 09/25/2025 | 1340564 | Amounts Disbursed To Creditor | 63.29 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 10/24/2025 | 1343050 | Amounts Disbursed To Creditor | 115.72 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 11/21/2025 | 1345343 | Amounts Disbursed To Creditor | 249.76 |
| 1 | DEUTSCHE BANK NTC - TRUSTEE ET | 12/23/2025 | 1347680 | Amounts Disbursed To Creditor | 115.72 |
| 1 | DEUTSCHE BANK NTC - INDENTURE | 03/25/2026 | 1354787 | Amounts Disbursed To Creditor | 45.27 |
| 1 | DEUTSCHE BANK NTC - INDENTURE | 04/27/2026 | 1357187 | Amounts Disbursed To Creditor | 527.10 |
| 1 | DEUTSCHE BANK NTC - INDENTURE | 05/27/2026 | 1359594 | Amounts Disbursed To Creditor | 527.10 |
| 1 | DEUTSCHE BANK NTC - INDENTURE | 06/25/2026 | 1361997 | Amounts Disbursed To Creditor | 1,002.47 |
| | | | | Total for Claim Number 1: | 2,646.43 |
| 1 | DEUTSCHE BANK NTC - INDENTURE | 06/25/2026 | 1361997 | Amounts Disbursed To Creditor | 2,884.07 |
| | | | | Total for Claim Number 1: | 2,884.07 |

**Total for Part 5 (Postpetition Fees, Expenses, and Charges):**   **5,530.50**

**Certificate of Service**

I hereby certify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

DAVID A. THOMPSON
6242 ST. MARIE STREET
PITTSBURGH, PA  15206

KENNETH STEIDL ESQ
STEIDL & STEINBERG PC
436 SEVENTH AVE STE 322
KOPPERS BUILDING
PITTSBURGH, PA  15219

LIEPOLD HARRISON & ASSOCIATES
370 W LAS COLINAS BLVD STE 220
IRVING, TX  75039

DEUTSCHE BANK NTC - INDENTURE TRUSTEE
ET AL
C/O CARRINGTON MORTGAGE SERVICES LLC
500 NORTH STATE COLLEGE BLVD
SUITES 1030, 1300, AND 1400
ORANGE, CA  92868

Dated: 07/02/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee