Certificate Number: 01721-PAW-DE-041374680

Bankruptcy Case Number: 21-20216

01721-PAW-DE-041374680

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 26, 2026, at 8:33 o'clock PM EDT, David Thompson completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: August 27, 2026

By: /s/Ashley Hunter

Name: Ashley Hunter

Title: Credit Counselor